AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPTUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

CHAD GOERTZ,

Defendant

(AMENDED)

Case No. 2:26-mj-06360-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 16, 2018, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Alfredo Rossi*
*Complainant's signature*

Alfredo Rossi, Supervisory Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Alfredo Rossi, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for CHAD GOERTZ ("GOERTZ") for a violation of 18 U.S.C. § 1015(a) (False Statement under oath in Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Supervisory Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2019. I am currently assigned as an Assistant Special Agent in Charge to the El Camino Real Financial Crimes Task Force, where I lead a team of investigators who focuses on matters concerning wire fraud, narcotics trafficking, money laundering, currency reporting requirements, bulk cash smuggling, and other financial crimes.

4. Prior to becoming a Special Agent with HSI, I was

employed as a Special Agent with the United States Secret Service ("USSS") from June 2016 until June 2019, where I was responsible for the investigation of various types of theft, fraud and schemes to conceal and launder the proceeds of such crimes, including the investigation of financial crimes.

5. To become an HSI Special Agent, I completed nine months of training at the Federal Law Enforcement Training Center in Brunswick, Georgia. During my employment as an HSI and USSS Special Agent, I have participated in several investigations related to narcotics and bulk cash smuggling, weapons trafficking, organized criminal activity, wire fraud, money laundering, structuring, and other financial crimes. I have participated in various aspects of criminal investigations, including bank records analysis, telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in investigating financial crimes, and interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit financial crimes.

6. Based upon my experience and training with HSI as well as conversations I have had with other agents and law enforcement officers who specialize in narcotics investigations, I am familiar with the methods utilized in narcotics-trafficking operations and the trafficking patterns employed by narcotics organizations. I have spoken with federal agents, as well as other law enforcement officers,

about their experiences and the results of their investigations and interviews. Through my conversations with these agents and other law enforcement officers, I am knowledgeable about the methods and modes of narcotics operations.

7. Furthermore, through my investigations, my training and experience, and my conversations with other agents, I am familiar with the laws and regulations designed to prevent and detect money laundering. The United States has a series of regulations and laws that are designed to detect and prevent the introduction of criminal proceeds into the banking system and the use of criminal proceeds in commerce. Based on my training and experience, I know that individuals engaged in criminal conduct attempt to circumvent the regulations and laws designed to detect the use of criminal proceeds.

## III. STATEMENT OF PROBABLE CAUSE

8. DHS records reveal that GOERTZ was born on July XX, 1974, in Canada, and is a native and citizen of Canada, who entered the United States in 1985 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

9. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for GOERTZ with fraud indicators that GOERTZ either registered to vote, has voted, or both.

10. During the HSI investigation of GOERTZ, Special Agents

("SA's") conducted record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX7387 in the name "GOERTZ" with a date of birth of July XX, 1974, and a country of birth and citizenship as Canada. This record includes a photograph of the person SAs recognized to be GOERTZ. This recognition is based on a comparison to other law enforcement photographs of GOERTZ. This record also lists additional identifying information for GOERTZ to include a physical address: XX44 Soledad Canyon Rd, Agua Dulce, CA 91390, a telephone number ending in -2026, an email of chadgoertz2@XXXXX, and date of birth of July XX, 1974.

11. DHS Immigration documentation, specifically Form N-400 (Application for Naturalization) records for GOERTZ, also lists his birth country and citizenship as Canada, and contains a Social Security number ending in -6703.

12. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number XXXXX7436 is associated with the name "GOERTZ" and the address XX44 Soledad Canyon Rd, Agua Dulce, CA 91390. The latest issue date of this record is June 24, 2022, and it appears this is the current residence. This record also contained a photograph which SAs believe depicts GOERTZ. This record also shows the date of birth as July XX, 1974 and contains an image of GOERTZ's signature.






13. During the HSI investigation of GOERTZ, SAs subpoenaed the Los Angeles County Registrar's Office for Voter Registration Information for GOERTZ associated with the address on XX44 Soledad Canyon Rd, Agua Dulce, CA 91390.

14. In September 2026, SAs received a certified voter registration number 5282XXXX, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "GOERTZ" and lists the same address on XX44 Soledad Canyon Rd, Agua Dulce, CA 91390. A check mark is provided next to the application wording "I am a U.S. citizen."


CALIFORNIA VOTER REGISTRATION FORM

- [X] I am a U.S. citizen.
- [X] I am at least 18 years old.
- [X] I am not in prison or on parole for the conviction of a felony.
- [X] I am not currently judged by a court to be mentally incompetent.

| Legal Name | Birth Date | Birth Place |
|---|---|---|
| Mr. Chad Goertz | [redacted] | CALIFORNIA |

15. Following a declaration under penalty of perjury warning, the voter registration application that appears to be dated April 16, 2018.

a. California ID number XXXXX436
b. Date of birth as 07/XX/1974
c. Place of birth: California
d. "SSN4" as 6703
e. Phone number -2026
f. Email as chadgoertz2@XXXXX

16. The signature supplied by the voter and attached to the voter registration number 5282XXXX is in the name of GOERTZ and appears similar to GOERTZ's signature on his California driver's license dated 06/24/2022.

17. The records from the Los Angeles County Registrar's Office show that GOERTZ voted in the general election by mail-in ballot on or around November 8, 2022.

18. The records from the Los Angeles County Registrar's Office show that GOERTZ voted in the general election by mail-in ballot on or around November 5, 2024.


I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 18 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE

65BP399770

4/16/2018

DATE

19. Additionally, SAs have reviewed DHS records to determine whether GOERTZ has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show GOERTZ is seeking naturalization and filed an N-400 application.

20. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)," the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." The answer "No" is checked. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 2/17/2026.



***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

Date of Signature (mm/dd/yyyy) 02/17/2026

21. The Form N-400 Naturalization application also provided the following for GOERTZ:

a. Alien Number not listed
b. Date of birth as 07/XX/1974
c. Place of birth as Canada
d. "SSN4" as -6703
e. Phone number as 661-XXX-2026

f. Email as chadgoertz2@XXXXX

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable)

➡ [signature]

Date of Signature (mm/dd/yyyy)

02/17/2026

22. On September 4, 2025, GOERTZ submitted a voter registration cancellation request. The reason stated was "Non-citizen".

Sep 03 2025 02:49PM Starcust Tours Inc 3232789030 page 1

DEAN C. LOGAN
Registrar-Recorder/County Clerk

**Request Voter Registration Cancellation**

In order to process your request for Cancellation of Voter Registration, please provide the information below.

Name: Chad (First) Goertz (Last) A (MI)

Registered Resident Address: [redacted]44 Soledad CYN. Rd
Agua Dulce CA 91390

Date of Birth: 7-[redacted]-1974

Reason: Non-Citizen
Non-Citizen, Out of County, etc.

Telephone Number: 661-[redacted]-2026

Signature: Chad Goertz

Date: 9-2-25

**Print and send to our office at the following address:**

REGISTRAR-RECORDER/COUNTY CLERK
P.O. BOX 30450
LOS ANGELES, CA 90030-0450

**Via Fax: (562) 864-6786**

Office Use: VID: 5282173G Date: 9/4/25 Intl: CL

This attempt to cancel his registration shows the defendant knew he had registered to vote and that he was not a United States citizen eligible to register or vote.

23. Moreover, the DHS records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

24. Based on the forgoing, I believe there is probable cause to believe that GOERTZ knowingly and willfully falsely stated under oath that she was a United States Citizen in her voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE